UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY GULIZIA, ) | No. C 03-01222 PVT |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION IN LIMINE |
| ) | TO EXCLUDE TESTIMONY OF DR. |
| v. ) | TUCKER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 2, 2005, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Pretrial conference.[1] At the pretrial conference, Defendant's Motion in Limine to exclude the testimony of Dr. Tucker under Federal Rule of Evidence 702. came on for hearing. Expert testimony is only admissible at trial if it will assist the trier of fact to understand the evidence or to determine a fact in issue and the reasoning or methodology underlying the testimony is scientifically valid and reliable. *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 593 (1993); *see also Daubert v. Merrell Dow Pharmaceuticals, Inc*., 43 F.3d 1311, 1316 (9th Cir.), *cert. denied*, 116 S.Ct. 189 (1995) ("Daubert II") (Showing that testimony is based on sound science requires objective,

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

-1-

-2-

1  independent validation of the expert's methodology.)

2  Defendant argues that Dr. Tucker's conclusion that Plaintiff's heart condition was caused by the
3  accident in question was not the product of scientific method.  Federal judges are charged with a
4  "gatekeeping role" in which they have authority to screen evidence.  *Daubert*, 509 U.S. at 596-97.
5  However, when the gatekeeper is also the trier of fact, a more flexible approach is appropriate and the
6  gatekeeping function is less pressing.  *See Volk v. U.S.*, 57 F. Supp. 2d 888, 896 (N.D. Cal. 1999).
7  Accordingly, although Defendant raises significant issues as to whether Dr. Tucker's testimony is based
8  on scientifically valid principles,

9  IT IS HEREBY ORDERED that Defendant's motion in limine to exclude Dr. Tucker's testimony is
10 denied.

11 Dated:   August 2, 2005

12                              /s/ Patricia V. Trumbull
                                 PATRICIA V. TRUMBULL
13                               United States Magistrate Judge